IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: GARY F. BECKWITH,            Case No. 6:11-bk-72980
                                                                                           Chapter 11

**Debtor.**

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002, Summit Bank, a creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, whether sent by the Court, the Debtor(s) or any other party in the case, be sent to the undersigned at the address given below; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:

Phyllis M. Jones
Lax, Vaughan, Fortson, Jones & Rowe, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

DATED: August 5, 2011

Respectfully submitted,

LAX, VAUGHAN, FORTSON,
  JONES & ROWE, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
Phone: (501) 376-6565
FAX: (501) 376-6666

By: */s/ Phyllis M. Jones*
     Phyllis M. Jones (97118)
     Attorneys for Summit Bank

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on the following interested party by place a copy of same in the U.S. Mail, with first class postage affixed thereon, and addressed to:

> Mr. Frederick S. Wetzel, III
> FREDERICK S. WETZEL, III, P.A.
> 200 North State Street, Ste. 200
> Little Rock, AR 72201
>
> Mr. Charles Tucker
> U. S. Trustee's Office
> 200 W. Capital, 12th Floor, Rm 1210
> Little Rock, AR 72201

Dated this 5th day of August, 2011

> /s/ Phyllis M. Jones
> Phyllis M. Jones